UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JAMES L PARKEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 3:07-CV-267 WCL |
| STATE OF INDIANA, *et. al.*, | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

On December 12, 2008, Plaintiff, James L. Parkey ("Parkey"), proceeding *pro se*, filed a motion to compel answers to interrogatories. In his motion, Parkey alleges that several of the responses, submitted by Defendant, James Sample ("Sample"), were deficient. Specifically, Parkey argues that Sample could not reach his particular legal conclusions based on the evidence that Sample noted in his responses. On December 29, 2008, Sample responded that Parkey's objections were not the proper subject of a motion to compel. This Court agrees.

Parkey's motion is focused primarily on Parkey's objections to Sample's legal conclusions and not on the substance of Sample's answers. In particular, Parkey attempts to use his motion to compel to argue the merits of his case, rather than to seek more complete answers to his interrogatories. Such arguments are better suited for the filing of a dispositive motion or trial. As such, this Court **DENIES** Parkey's motion. [Doc. No. 85].

**SO ORDERED**.

Dated this January 6, 2009

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge